UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RIGOBERTO ALVARADO-GUIZAR, | ) | No. CV 12-00102-DMG (VBK) |
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF THE UNITED |
| v. | ) ) | STATES MAGISTRATE JUDGE |
| LINDA SANDERS, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Motion to Dismiss, Petitioner's Opposition, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report"). Further, the Court has engaged in de novo review of those portions of the Report to which Petitioner has objected.

**IT IS ORDERED** that: (1) the Court accepts the Findings and Recommendations of the United States Magistrate Judge; (2) Respondent's Motion to Dismiss is granted; and (3) the Petition is dismissed.

DATED: September 26, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE