JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RIGOBERTO ALVARADO-GUIZAR, | No. CV 12-00102-DMG (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| LINDA SANDERS, | |
| Respondent. | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed.

DATED: September 26, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE